# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PALMER, | CASE NO. 1:07-cv-00148-LJO DLB PC |
| Plaintiff, | ORDER ON MOTION FOR CLARIFICATION |
| v. | (Doc. 17) |
| CROTTY, et al., | |
| Defendants. | |

Plaintiff Steven Palmer ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 26, 2007. On July 9, 2008, Plaintiff filed a motion for clarification, stating that he had attempted to mail an amended complaint on the Court. Plaintiff state that was not charged postage for his mailing and is unsure if his pleading was received.

On June 9, 2008, Plaintiff filed a first amended complaint. (Doc. 15). On July 15, 2008, Plaintiff filed a documented entitled "Motion to amend first amendment complaint ordered by Judge Dennis L. Beck dated 4-28-08 United States Magistrate Judge". (Doc. 16). The document appears to be Plaintiff's second amended complaint. The Court treats this latest filing as the operative pleading in this action.[1]

///
///

---

[1] By order issued separately, the Court has screened Plaintiff's second amended complaint and finds service appropriate for the named defendants.

1

IT IS SO ORDERED.

**Dated:** **December 17, 2008**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE