1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7

8

| | |
|---|---|
| STEVEN PALMER, | CASE NO. 1:07-cv-00148-LJO DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, |
| v. | AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR |
| CROTTY, et al., | COMPLETION AND RETURN WITHIN THIRTY DAYS |
| Defendants. | |
| / | (Doc. 16) |

9

10

11

12

13

14

15    Plaintiff Steven Palmer ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January

17  26, 2007.

18    On July 15, 2008, Plaintiff filed a document entitled "Motion to amend first amendment

19  complaint ordered by Judge Dennis L. Beck dated 4-28-08 United States Magistrate Judge". (Doc.

20  16).  The document appears to be Plaintiff's second amended complaint, wherein Plaintiff alleges

21  Eighth Amendment and state law tort claims arising from an allegation of excessive force, and from

22  the medical treatment of his injuries. The Court has screened Plaintiff's second amended complaint

23  pursuant to 28 U.S.C. § 1915A and finds that service is appropriate. Fed. R. Civ. P. 8(a);

24  Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167,

25  1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of

26  Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

27  ///

28  ///

1

1    Accordingly, it is HEREBY ORDERED that:

2        1.      Service is appropriate for the following defendants:

3                        C/O CROTTY

4                        JOHN DOE, CHIEF MEDICAL OFFICER AT CALIFORNIA

5                        CORRECTIONAL INSTITUTION - TEHACHAPI

6        2.      The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2)

7                summonses, a Notice of Submission of Documents form, an instruction sheet and

8                a copy of the second amended complaint filed July 15, 2008;

9        3.      Within **thirty (30) days** from the date of this order, plaintiff shall complete the

10               attached Notice of Submission of Documents and submit the completed Notice to

11               the court with the following documents:

12               a.      Completed summons;

13               b.      One completed USM-285 form for each defendant listed above; and

14               c.      Three (3) copies of the endorsed second amended complaint filed July 15,

15                       2008.

16       4.      Plaintiff need not attempt service on defendants and need not request waiver of

17               service.  Upon receipt of the above-described documents, the court will direct the

18               United States Marshal to serve the above-named defendants pursuant to Federal

19               Rule of Civil Procedure 4 without payment of costs.

20       5.      The failure to comply with this order will result in a recommendation that this

21               action be dismissed.

22

23    IT IS SO ORDERED.

24    Dated:   **December 17, 2008**                      **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                            2