UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. PALMER,<br><br>        Plaintiff,<br><br>   v.<br><br>CROTTY, et al.,<br><br>        Defendants. | 1: 07-cv-148 LJO DLB PC<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME<br><br>(Doc. 24) |

On March 10, 2009, Defendants Tate and Crotty filed a request for an extension of time to file a responsive pleading. (Doc. 24). The Court having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendants' responsive pleading shall be filed on or before April 27, 2009.

IT IS SO ORDERED.

   **Dated:**   **March 30, 2009**                         **/s/ Dennis L. Beck**
                                                                                   UNITED STATES MAGISTRATE JUDGE