IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. PALMER,<br><br>    Plaintiff,<br><br>vs.<br><br>CROTTY, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-00148-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(Motion#29) |

The Court having considered Defendants' second request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED that:

Defendants' responsive pleading shall be filed on or before May 27, 2009

IT IS SO ORDERED.

Dated: **April 23, 2009**         **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE