IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. PALMER, | CASE NO. 1:07-cv-00148 LJO DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS |
| vs. | ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF COPY OF SECOND INFORMATIONAL ORDER |
| CROTTY, et al., | |
| Defendants. | TWENTY (20) DAY DEADLINE |

Plaintiff Steven M. Palmer ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed on July 15, 2008. On May 26, 2009, defendant Crotty filed a motion to dismiss pursuant to the unenumerated portion of Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has not filed an opposition or statement of non-opposition to the motion. Local Rule 78-230.

Plaintiff is HEREBY ORDERED to file a response to the motion within twenty (20) days of service of this order. The Clerk of the Court is directed to send to Plaintiff a copy of the Second Informational Order issued January 14, 2009, which provides Plaintiff with notice of the requirements for opposing an unenumerated Rule 12(b) motion (Doc. 22-2.)

///

///

1  Failure to comply with this order may result in a recommendation that this action be dismissed
2  for failure to obey a court order.
3       IT IS SO ORDERED.
4   **Dated:   September 2, 2009**            /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE