IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN M. PALMER,                                              CASE NO. 1:07-cv-00148 LJO DLB PC

         Plaintiff,
  vs.                                                                            ORDER

CROTTY, et al.,

         Defendants.
                                       /

      Plaintiff Steven M. Palmer ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Defendant Crotty has not yet filed an answer to the amended complaint.[1] The parties are advised that the deadlines set forth in the Discovery and Scheduling Order filed September 4, 2009 apply only to defendant Tate.

      IT IS SO ORDERED.

      **Dated:   September 8, 2009**                                  **/s/ Dennis L. Beck**
                                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Crotty filed a motion to dismiss on May 26, 2009.  (Doc. 34.)

1