1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9 STEVEN M. PALMER,                              CASE NO. 1:07-cv-00148 LJO DLB PC

10                          Plaintiff,           ORDER STRIKING UNSIGNED MOTION

11        v.                                     (Doc. 42)

12 CROTTY, et al.,

13

14                    Defendants.

15 _____/

16        Plaintiff Steven Palmer ("Plaintiff") is a state prisoner proceeding pro se and in forma

17 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 21, 2009, Plaintiff

18 filed an unsigned motion with the Court. (Doc. 42.)

19        Although the attached Proof of Service is signed, the Court cannot consider unsigned

20 motions.  Local Rule 7-131; Fed. R. Civ. P. 11(a).  Accordingly, the unsigned motion is HEREBY

21 STRICKEN from the record.

22        IT IS SO ORDERED.

23 **Dated:    September 30, 2009             /s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

1